VINCENT COX (State Bar No. 070511)
Email: vcox@lpsla.com
ELIZABETH L. SCHILKEN (State Bar No. 241231)
Email: eschilken@lpsla.com
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiff
BAGDASARIAN PRODUCTIONS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LACV11-5270 CAS(MRWx)

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> THE JERRY NAYLOR COMPANY, LLC, an Oregon limited liability company, dba NAYCO ENTERTAINMENT GROUP, JERRY NAYLOR, an individual, SAN JUAN MUSIC GROUP LTD., a New Jersey corporation, MICHAEL CHERNOW, an individual, MEGABOP RECORDS LTD., trading as MBOP DIGITAL, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: <br><br> **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:** <br><br> (1) **FEDERAL TRADEMARK INFRINGEMENT;** <br> (2) **FALSE DESIGNATION OF ORIGIN AND FALSE ADVERTISING UNDER SECTION 43(a) OF THE LANHAM ACT;** <br> (3) **DILUTION UNDER SECTION 43(c) OF THE LANHAM ACT;** <br> (4) **COMMON LAW TRADEMARK INFRINGEMENT;** <br> (5) **UNFAIR COMPETITION UNDER CAL. BUSINESS & PROFESSIONS CODE §17200,** *et seq.*; **and** <br> (6) **COPYRIGHT INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

CONFORMED COPY

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

1
COMPLAINT

1    Plaintiff Bagdasarian Productions, LLC, a California limited liability company,

2    (hereinafter "Bagdasarian"), by and through its undersigned counsel, for its

3    Complaint, alleges as follows:

4

5                      I.    JURISDICTION AND VENUE

6        1.    This is an action for trademark and service mark infringement, copyright

7    infringement, and unfair competition arising under the laws of the United States, 15

8    U.S.C. §1051, *et seq.*, and 17 U.S.C. §101, *et seq*, as well as under the common law

9    and statutes of the State of California.

10       2.    This Court has subject matter jurisdiction under 28 U.S.C. §1338(a) and

11   (b), and under the Court's supplemental jurisdiction, 28 U.S.C. § 1367(a).  Venue is

12   proper in this district pursuant to 28 U.S.C. §1391(b) in that a substantial part of the

13   property that is the subject of the action is situated within this judicial district, and in

14   that Bagdasarian is informed and believes, and alleges thereon, that a substantial part

15   of the events or omissions giving rise to the claim occurred in this judicial district.

16

17                      II.    THE PARTIES

18       3.    Plaintiff Bagdasarian is a California limited liability company with its

19   principal place of business in Santa Barbara County, State of California.

20       4.    Bagdasarian is informed and believes and thereon alleges that defendant

21   The Jerry Naylor Company, LLC, dba Nayco Entertainment Group ("Nayco"), is an

22   Oregon limited liability company that maintains a corporate office at 1279 SW Russ

23   Lane, McMinnville, Oregon.  Nayco globally distributes songs through digital stores

24   such as Amazon.com and iTunes.  Nayco has engaged in substantial, continuous and

25   systematic activities within California; Nayco purposefully availed itself of the

26   privilege of conducting its music distribution activities within California; and the

27   causes of action asserted herein arose out of Nayco's contacts with California.

28       5.    Bagdasarian is informed and believes and thereon alleges that defendant

2

**COMPLAINT**

1   Jerry Naylor ("Naylor") is an individual residing in Oregon and a member of Nayco;

2   and at all times controlled the actions of Nayco and acted on its behalf.

3        6.     Bagdasarian is informed and believes and thereon alleges that defendant

4   Megabop Records Ltd., trading as Mbop Digital ("MBop"), is a business entity of

5   form unknown that maintains a corporate office at 40 Bowling Green Lane,

6   Clerkenwell, London, EC1R 0NE, United Kingdom.  MBop globally distributes songs

7   through digital stores such as Amazon.com and iTunes.  MBop has engaged in

8   substantial, continuous and systematic activities within the United States or within

9   California; MBop purposefully availed itself of the privilege of conducting its music

10   distribution activities within the United States or within California; and the causes of

11   action asserted herein arose out of MBop's contacts with the United States or

12   California.

13        7.     Bagdasarian is informed and believes and thereon alleges that defendant

14   San Juan Music Group, Ltd. ("San Juan") is a New Jersey corporation that maintains a

15   corporate office at 499 Ernston Road, Parlin, New Jersey.  Bagdasarian is informed

16   and believes, and thereon alleges, that San Juan is a music production and licensing

17   company.  San Juan has engaged in substantial, continuous and systematic activities

18   within California; San Juan purposefully availed itself of the privilege of conducting

19   its music distribution activities within California; and the causes of action asserted

20   herein arose out of San Juan's contacts with California.

21        8.     Bagdasarian is informed and believes and thereon alleges that defendant

22   Michael Chernow ("Chernow") is an individual residing in New Jersey and president

23   of San Juan; and at all times controlled the actions of San Juan and acted on its behalf.

24        9.     Bagdasarian is informed and believes and thereon alleges that DOES 1-

25   10, inclusive, are, and at all times relevant hereto were, employed and controlled by

26   defendants, and exercise substantial authority in devising and implementing policies

27   of defendants.  The true names and capacities of the defendants sued as DOES 1-10,

28   inclusive, are unknown to Bagdasarian.  The names and capacities, and relationships

COMPLAINT

1  of defendants named as DOES 1-10 will be alleged by amendment to this complaint

2  when they are known.  Bagdasarian is informed and believes and thereon alleges that

3  said DOE defendants were at all times agents of the named defendants Nayco, Naylor,

4  MBop, San Juan and Chernow, and of each other.

5

6              III.    FACTS COMMON TO ALL COUNTS

7        10.    Alvin and The Chipmunks is a famous, award-winning music group,

8  consisting of three singing animated chipmunks:  Alvin, Simon and Theodore.  Since

9  1961, the members of the music group have also been portrayed as animated

10 characters, first in cartoons and later in CGI form.  The music group, including the

11 members' distinctive singing styles, voices, and personalities, was created by

12 Plaintiff's predecessor Ross Bagdasarian, Sr., who portrayed the manager of the

13 group, "David Seville," for many years after the group's creation.

14       11.    Until his death in 1972, Ross Bagdasarian, Sr., performed the voices of

15 the Alvin and the Chipmunks music group.  Alvin and the Chipmunks music

16 recordings have been and remain extremely popular, well-known to the public, and

17 have been awarded no fewer than three Grammy awards for songs which include "The

18 Chipmunk Song (Christmas Don't Be Late)."

19       12.    Plaintiff and its predecessors and their licensees have manufactured and

20 distributed audio-visual entertainment products, musical recordings, entertainment

21 services, and merchandise such as books, toys, games and clothing featuring Alvin

22 and the Chipmunks, and since at least 1959 they have used the famous "Alvin and the

23 Chipmunks" mark on one or more of such products in interstate commerce, including

24 the State of California.  Such products have also been distributed throughout the

25 world, under license from Plaintiff and its predecessors.

26       13.    In addition to owning the common law mark "Alvin and the Chipmunks"

27 in connection with a wide variety of entertainment products, services, and associated

28 merchandise, Plaintiff owns and utilizes the following federally registered marks:

4

**COMPLAINT**

LEOPOLD, PETRICH
& SMITH
A Professional Corporation        23399.doc

- Registration No. 3,429,855 for "ALVIN AND THE CHIPMUNKS" in the field of audio-visual records and related goods (Class 9);

- Registration No. 3,421,801 for "ALVIN AND THE CHIPMUNKS" in the field of clothing (Class 25);

- Registration No. 3,425,740 for "ALVIN AND THE CHIPMUNKS" in the field of toys and games (Class 28);

- Registration No. 2,935,726 for "ALVIN AND THE CHIPMUNKS" in the field of entertainment services, namely a series of TV cartoons (Class 41); and

- Registration No. 3,552,620 for "ALVIN AND THE CHIPMUNKS" in the field of printed matter and paper goods (Class 16).

True and correct copies of these above-identified five (5) registrations are attached as Exhibit A. All of the aforesaid federal registrations of "ALVIN AND THE CHIPMUNKS" are registered on the Principal Register and are, thereby, prima facie valid service marks and trademarks of Plaintiff.

14. The Alvin and the Chipmunks marks have acquired such goodwill, widespread fame, and secondary meaning that the public has come to associate the Alvin and the Chipmunks marks exclusively with a single source, *i.e.*, Plaintiff.

15. Entertainment products created by the licensees of Plaintiff or its predecessors include a prime time animated television series broadcast on CBS in 1961 and 1962, entitled *The Alvin Show*, an animated television series produced between 1983 and 1991, entitled *Alvin and the Chipmunks*, a 1999 film entitled *Alvin and the Chipmunks Meet Frankenstein*, a 2000 film entitled *Alvin and the Chipmunks Meet the Wolfman*, and several television specials.

16. In addition, licensees of Plaintiff released in 2007 a live-action/CGI comedy film entitled *Alvin and the Chipmunks* and released in 2009 a sequel entitled *Alvin and the Chipmunks: The Squeakquel*, which generated approximately $430 million in theatrical motion picture box office revenues in the U.S. and Canada, and

LEOPOLD, PETRICH & SMITH
A Professional Corporation

23399.doc

1   $800 million in theatrical motion picture box office revenues worldwide. The two

2   motion pictures sold in excess of 12 million DVDs in the U.S. and Canada, and 22

3   million DVDs worldwide. The soundtrack for the *Alvin and the Chipmunks* 2007 film

4   was released as a CD in 2007 (hereinafter sometimes "the Authorized CD"), and has

5   been sold widely throughout the United States and internationally. The soundtrack

6   contains licensed recordings of "The Chipmunk Song." Additionally, the soundtrack

7   for the *Alvin and the Chipmunks: The Squeakquel* 2009 film was released as a CD in

8   2009 and has been sold widely throughout the United States and internationally.

9   Approximately 1.8 million copies of the 2007 and 2009 film soundtrack CDs have

10  been sold in the United States, and approximately 2.5 million individual tracks from

11  the soundtrack CDs have been legally downloaded. A true copy of the packaging

12  from the 2007 film soundtrack (the Authorized CD) is attached hereto, marked Exhibit

13  B, and incorporated herein by this reference. It has a suggested retail price of $16.98

14  and Bagdasarian is informed and believes, and alleges thereon, has been sold new

15  through retail channels at prices ranging between $9.50 and $16.98. The Authorized

16  CD referenced by Exhibit B has been sold through ordinary commercial channels for

17  musical recordings, including, but not limited to, such retail outlets as Amazon.com,

18  and others. Plaintiff is informed and believes, and alleges thereon, that a substantial

19  portion of the consumers of its Authorized CD consist of young children, who are

20  often incapable of closely examining CD packaging to distinguish between genuine

21  products such as those licensed by Plaintiff, and shoddy knockoff products such as

22  those manufactured and/or distributed by defendants.

23      17.    Bagdasarian owns the copyrights in the composition "The Chipmunk

24  Song" (Registration Nos. RE0000315031 and RE0000363178), which is an original

25  work of authorship and copyrightable subject matter under the laws of the United

26  States. Bagdasarian also owns the copyright in the illustrations attached hereto as

27  Exhibits C (for which Bagdasarian has submitted an application for copyright

28  registration, Application Date June 2, 2011, Case No. 1-615044811) and D

COMPLAINT

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

1   (Registration No. RE0000509368) (collectively, the "Artwork"), which are original
2   works of authorship and copyrightable subject matter under the laws of the United
3   States.  True and correct copies of records obtained from the U.S. Copyright Office's
4   web site reflecting the above-mentioned registrations and application are attached
5   hereto as Exhibit E.

6        18.    Defendants Nayco, Naylor, MBop, San Juan and Chernow (collectively,
7   "Defendants") have produced, distributed and marketed on Amazon.com and other
8   Internet sites an "album" of digital recordings entitled "A Tribute to Alvin and The
9   Chipmonks," by "Alvin and The Chipmonks" (the "Infringing Album").  The
10  Infringing Album is a cheap, artistically inferior knockoff that copies the Chipmunks
11  soundtrack album  and confuses the public concerning its source of origin by using a
12  nearly identical set of songs as follows:

| "A Tribute To Alvin & The Chipmonks" Track Listing | | Alvin & The Chipmunks Track Listing | |
|---|---|---|---|
| Title | Track # | Title | Track # |
| Bad Day / Bad Day (Melody Remix) | 2 / 3 | Bad Day | 1 |
| The Chipmunk Song (Christmas Don't Be Late) | 11 | The Chipmunk Song (Christmas Don't Be Late) (DeeTown OG Mix) / The Chipmunk Song (DeeTown Rock Mix) / The Chipmunk Song (classic version) | 2 / 7 / 16 |
| Follow Me Now / Follow Me Now (Melody Remix) | 5 / 6 | Follow Me Now | 3 |
| How We Roll | 9 | How We Roll | 4 |
| Witch Doctor | 12 | Witch Doctor / Witch Doctor (classic version) | 5 / 15 |

7

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

|  |  | Come Get It | 6 |
|---|---|---|---|
| Funky Town | 7 | Funkytown | 8 |
| Get You Goin' | 8 | Get You Goin' | 9 |
| Coast 2 Coast | 4 | Coast 2 Coast | 10 |
| Mess Around | 10 | Mess Around | 11 |
|  |  | Only You (And You Alone) | 12 |
| Ain't No Party | 1 | Ain't No Party | 13 |
|  |  | Get Munk'd | 14 |

A true and correct copy of the Infringing Album's listing as it appeared on Amazon.com is attached hereto as Exhibit F.

19.     As shown in Exhibit F, the Infringing Album displays cover art which closely copies the Artwork owned by Bagdasarian (Exhibits C and D).

20.     Bagdasarian is informed and believes and thereon alleges that Defendants are in the business of creating, marketing and distributing music and entertainment CDs, and sell their products online at retailers such as Amazon.com, iTunes, and others.

21.     Bagdasarian is informed and believes and thereon alleges that Defendants embarked upon a malicious and dishonest scheme shortly after the commercial success of Plaintiff's licensed 2007 film *Alvin and the Chipmunks.* Specifically, Defendants embarked upon a plan to fabricate and distribute a cheap knockoff of the Authorized CD containing 12 recordings which are compositions found on the Authorized CD that has sold more than 1,000,000 copies.

22.     In order to further the scheme to deceive the public into believing that its unlicensed album was authorized, endorsed by, associated or affiliated with Plaintiff

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

1   or its licensees, Defendants entitled the Infringing Album "A Tribute To Alvin and

2   The Chipmonks," identified the performers of the Infringing Album as "Alvin and

3   The Chipmonks," and recorded the songs in a manner strikingly similar to the

4   recordings on the licensed soundtrack.  Defendants used advertising containing the

5   Alvin and the Chipmunks trademark, intending to deceive members of the public into

6   believing that they were authorized, endorsed, sponsored by, or otherwise affiliated

7   with the Plaintiff or its licensees, as demonstrated in Exhibit F.  Defendants have sold

8   the Infringing Album in some of the same channels of commerce as Plaintiff's

9   Authorized CD, *e.g.*, such retailers as Amazon.com.  The Infringing Album had a list

10   price of $6.99 on Amazon.com, a price that, due to Defendants' failure to pay

11   licensing fees, unfairly undercut the licensed soundtrack list price and stole sales from

12   the Authorized CD.

13        23.   Bagdasarian has never licensed, or otherwise authorized, the use of the

14   Alvin and the Chipmunks trademarks or service marks to Nayco, Naylor, MBop, San

15   Juan or Chernow, or to any defendant.

16        24.   Defendants did not obtain a mechanical license for the composition "The

17   Chipmunk Song."  Bagdasarian has never licensed, or otherwise authorized,

18   Defendants to reproduce, distribute, or create derivative works based upon the

19   composition.

20        25.   Bagdasarian has never licensed the use of Plaintiff's copyrighted

21   Artwork to Nayco, Naylor, MBop, San Juan, or Chernow, or to any defendant.

22

23                    IV.   <u>FIRST CLAIM</u>

24       Federal Registered Trademark and Service Mark Infringement

25             (by Plaintiff against all Defendants)

26        26.   Bagdasarian restates each and every allegation contained in paragraph 1

27   through 25 above, as though fully stated herein.

28        27.   Since 1958, Bagdasarian and its predecessors have expended time,

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

1   money and resources in developing the distinctive Alvin and the Chipmunks

2   trademarks and service marks.  Since at least 1959, Bagdasarian has marketed its

3   Alvin and the Chipmunks trademarks and service mark through numerous Alvin and

4   the Chipmunks entertainment products, services and merchandise in interstate

5   commerce, including, but not limited to, California.

6         28.    Bagdasarian has registered its valuable Alvin and the Chipmunks marks

7   on the dates set forth in Exhibit A.  Bagdasarian owns sole and exclusive rights to

8   distribute, reproduce, and to publicly display the Alvin and the Chipmunks marks for

9   products and service.

10        29.    The distribution, reproduction and public display of the Alvin and the

11   Chipmunks marks by Defendants in connection with the creation and marketing of the

12   Infringing Album has misled consumers and the general public, including those in

13   California, to believe that the Infringing Album is authorized, endorsed by, sponsored

14   by, affiliated with, or otherwise connected to Plaintiff.  This false association,

15   intentionally created by Defendants, is likely to cause confusion, mistake and

16   deception with the general public, including California residents.

17        30.    The aforesaid acts of Defendants constitute infringement of

18   Bagdasarian's registered Alvin and the Chipmunks trademarks in violation of Section

19   32(1) of the Trademark Act of 1946, as amended, 15 U.S.C. §1114(1).

20        31.    By reason of Defendants' acts as alleged, Bagdasarian has suffered and

21   will suffer damage to its business, reputation and good will, and the loss of sales and

22   profits that Bagdasarian would have made, but for Defendants' unethical and illegal

23   acts.

24        32.    Unless restrained and enjoined by this Court, Defendants threaten to and

25   will continue to do the acts complained of, all to Bagdasarian's irreparable damage.  It

26   would be difficult to ascertain the amount of compensation that would afford

27   Bagdasarian adequate relief for such continuing acts, and a multiplicity of judicial

28   proceedings would be required.  Thus, Bagdasarian's remedies at law are not adequate

**COMPLAINT**

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

1   to compensate it for the threatened injuries.

2       33.    Bagdasarian is entitled to injunctive relief, both preliminary and

3   permanent, restraining Defendants and their agents, servants, employees and all

4   persons acting under, in concert with, or on behalf of Defendants from using

5   Bagdasarian's Alvin and the Chipmunks trademarks in any channel of commerce and

6   in any geographical territory in the world.

7       34.    As a direct and proximate result of Defendants' conduct and actions, and

8   each of them, Bagdasarian has also suffered damages in an amount to be proven in

9   trial, plus interest at the legal rate thereon, but no less than $1 million.

10      35.    As a direct and proximate result of Defendants' wrongful conduct and

11  actions, and each of them, Bagdasarian is informed and believes, and alleges thereon,

12  that Defendants have been unjustly enriched in the sum of no less than $1 million.

13      36.    As a direct and proximate result of Defendants' wrongful conduct and

14  actions, and each of them, Bagdasarian is entitled to restitution and a complete

15  disgorgement of any and all amounts of money, revenue, or income Defendants have

16  received as a result of their wrongful conduct as alleged above.

17      37.    Pursuant to 15 U.S.C. §1117(a), the Court may enter judgment for three

18  times Bagdasarian's damages and award a reasonable attorney's fee.

19

20                  V.    SECOND CLAIM

21  False Designation of Origin and False Advertising in Violation of Section 43(a)
                  of the Lanham Act, 15 U.S.C. §1125(a)

22

23              (by Plaintiff against all Defendants)

24      38.    Plaintiff restates each and every allegation contained in paragraphs 1-37

25  above, as if fully stated herein.

26      39.    Plaintiff and its predecessors have, during the past 50 years, spent

27  substantial time, money and resources in developing distinctive common law

28  trademarks in and to the term Alvin and the Chipmunks, for use in connection with

11
COMPLAINT

1  entertainment products and merchandise.  In addition, Plaintiff is the owner of the

2  registered Alvin and the Chipmunks trademarks, as set forth above.

3       40.    Defendants, on and in connection with goods or services, and in the

4  advertising for the Infringing Album, have used in commerce words, terms, names,

5  symbols and devices, false advertising and false designations of origin which are

6  likely to cause confusion, to cause mistake, or to deceive members of the public as to

7  the affiliation, connection, or association of defendants with Bagdasarian, and to cause

8  confusion, to cause mistake, or to deceive as to the origin, sponsorship or approval of

9  Nayco's, MBop's and San Juan's goods, services, and commercial activities by

10  members of the general public.

11       41.    The confusion, mistake or deception referred to herein arises out of the

12  aforesaid acts of Defendants, and constitutes false designation of origin and unfair

13  competition in violation of Section 43(a) of the Trademark Act of 1946, as amended,

14  15 U.S.C. §1125(a).

15       42.    The aforesaid acts were undertaken willfully and with the intention of

16  causing confusion, mistake or deception.

17       43.    By reason of Defendants' acts as alleged, Bagdasarian has and will suffer

18  damage to its business reputation and good will, and the loss of sales and profits that

19  Bagdasarian would have made but for Defendants' acts.

20       44.    Unless restrained and enjoined by this Court, Defendants threaten to and

21  will continue to do the acts complained of, all to Bagdasarian's irreparable damage.  It

22  would be difficult to ascertain the amount of compensation that would afford

23  Bagdasarian adequate relief for such continuing acts, and a multiplicity of judicial

24  proceedings would be required.  Thus, Bagdasarian's remedies at law are not adequate

25  to compensate it for the threatened injuries.

26       45.    Bagdasarian is entitled to injunctive relief, both preliminary and

27  permanent, restraining Defendants and their agents, servants, employees and all

28  persons acting under, in concert with, or on behalf of Defendants from using

**COMPLAINT**

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

Bagdasarian's Alvin and the Chipmunks service mark and trademarks in any channel of commerce and in any geographical territory in the world.

46.   As a direct and proximate result of Defendants' conduct and actions, and each of them, Bagdasarian has also suffered damages in an amount to be proven in trial, plus interest at the legal rate thereon, but no less than $1 million.

47.   As a direct and proximate result of Defendants' wrongful conduct and actions, and each of them, Bagdasarian is informed and believes, and alleges thereon, that Defendants have been unjustly enriched in the sum of no less than $1 million.

48.   As a direct and proximate result of Defendants' wrongful conduct and actions, and each of them, Bagdasarian is entitled to restitution and a complete disgorgement of any and all amounts of money, revenue, or income Defendants have received as a result of their wrongful conduct as alleged above.

## VI.   THIRD CLAIM

### Dilution Under Section 43(c) of the Lanham Act

(by Plaintiff against all Defendants)

49.   Plaintiff restates each and every allegation contained in paragraphs 1-48 above as if fully stated herein.

50.   For the past 50 years, Plaintiff and its predecessors have developed the Alvin and the Chipmunks service mark and trademarks.  They have created and distributed Alvin and The Chipmunks musical recordings, television programs, motion pictures, entertainment services, and associated merchandise.

51.   As a result of the activities of Plaintiff and its predecessors, the mark Alvin and the Chipmunks has become famous in that it is widely recognized by the general consuming public of the United States as a designation of source of the goods and services of Plaintiff.

52.   The mark Alvin and the Chipmunks is distinctive, both inherently and through acquired distinctiveness.

**COMPLAINT**

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

53.    By their actions, Defendants have used Plaintiff's famous Alvin and the Chipmunks mark in commerce by cheapening the value of the famous marks in a way that is likely to cause dilution by blurring and/or dilution by tarnishment of the famous mark.

54.    Defendants' dilution of Plaintiff's Alvin and the Chipmunks trademarks was undertaken willfully and with the intention of causing dilution, confusion, mistake, and deception.

55.    By reason of Defendants' acts as alleged, Bagdasarian has and will suffer damage to its business reputation and good will in the loss of sales and profits that Bagdasarian would have made but for Defendants' actions.

56.    Unless restrained and enjoined by this Court, Defendants threaten to and will continue to do the acts complained of, all to Bagdasarian's irreparable damage.  It would be difficult to ascertain the amount of compensation that would afford Bagdasarian adequate relief for such continuing acts, and a multiplicity of judicial proceedings would be required.  Thus, Bagdasarian's remedy at law is not adequate to compensate it for the threatened injuries.

57.    Bagdasarian is entitled to injunctive relief restraining Defendants and their agents, servants, employees, and all persons acting under, in concert with, or for Defendants from using Bagdasarian's Alvin and the Chipmunks trademark in any channel of commerce and in any geographical territory in the world.

58.    As a direct and proximate result of Defendants' conduct and actions, and each of them, Bagdasarian has also suffered damages in an amount to be proven at trial, plus interest at the legal rate thereon, but no less than $1 million.

59.    As a direct and proximate result of Defendants' wrongful conduct and actions, and each of them, Bagdasarian is informed and believes, and alleges thereon, that Defendants have been unjustly enriched in the sum of no less than $1 million.

60.    As a direct and proximate result of the wrongful conduct of Defendants, Bagdasarian is entitled to restitution and a complete disgorgement of any and all

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

1    amounts of money, revenue or income Defendants received as a result of their

2    wrongful conduct as noted above.

3

4                              VII.   FOURTH CLAIM

5                        Common Law Trademark Infringement

6                          (by Plaintiff against all Defendants)

7           61.    Plaintiff restates each and every allegation contained in paragraphs 1-60

8    above as if fully stated herein.

9           62.    As alleged above, Defendants' imitation and infringement of the

10   trademark rights of Bagdasarian and the Alvin and the Chipmunks trademark is

11   calculated to, and does in fact, deceive and mislead consumers of Bagdasarian's and

12   of Nayco's, MBop's and San Juan's products to utilizing or purchasing products

13   advertised or sold by Nayco, MBop and San Juan in the belief that they originate with

14   Bagdasarian to the significant diminution of Bagdasarian's business and profits.

15          63.    Unless restrained and enjoined by this Court, Defendants threaten to and

16   will continue to do the acts complained of, all to Bagdasarian's irreparable damage.  It

17   would be difficult to ascertain the amount of compensation that would afford

18   Bagdasarian adequate relief for such continuing acts, and a multiplicity of judicial

19   proceedings would be required.  Thus, Bagdasarian's remedies at law are not adequate

20   to compensate it for the threatened injuries.

21          64.    Bagdasarian is entitled to injunctive relief, both preliminary and

22   permanent, restraining Defendants and their agents, servants, employees and all

23   persons acting under, in concert with, or on behalf of Defendants from using

24   Bagdasarian's Alvin and the Chipmunks service mark and trademarks in any channel

25   of commerce and in any geographical territory in the world.

26          65.    As a direct and proximate result of Defendants' conduct and actions, and

27   each of them, Bagdasarian has also suffered damages in an amount to be proven in

28   trial, plus interest at the legal rate thereon, but no less than $1 million.

COMPLAINT

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

66.     As a direct and proximate result of Defendants' wrongful conduct and actions, and each of them, Bagdasarian is informed and believes, and alleges thereon, that Defendants have been unjustly enriched in the sum of no less than $1 million.

67.     As a direct and proximate result of Defendants' wrongful conduct and actions, and each of them, Bagdasarian is entitled to restitution and a complete disgorgement of any and all amounts of money, revenue, or income Defendants have received as a result of their wrongful conduct as alleged herein.

## VIII.   FIFTH CLAIM

Unfair Competition Under California Business & Professions Code §17200, *et seq.*, and 17500, *et seq.*

(by Plaintiff against all Defendants)

68.     Plaintiff restates each and every allegation contained in paragraphs 1-67 above as if fully stated herein.

69.     The foregoing conduct by Defendants constitutes a violation of California Business & Professions Code §17200, *et seq.*, and 17500, *et seq.*, in that it constitutes false advertising, and illegal, fraudulent and unfair business practices which are, *inter alia*, likely to deceive a reasonable consumer.

70.     Defendants' aforesaid acts constitute representations and/or statements that are deceptive, untrue, and misleading, and which were undertaken willfully and with the intention of causing confusion, mistake or deception.

71.     Unless restrained and enjoined by this Court, Defendants threaten to and will continue to do the acts complained of, all to Bagdasarian's irreparable damage.  It would be difficult to ascertain the amount of compensation that would afford Bagdasarian adequate relief for such continuing acts, and a multiplicity of judicial proceedings would be required.  Thus, Bagdasarian's remedy at law is not adequate to compensate it for injuries threatened.

72.     Bagdasarian is entitled to injunctive relief restraining Defendants and

COMPLAINT

LEOPOLD, PETRICH & SMITH
A Professional Corporation

23399.doc

their agents, servants, employees and all persons acting under, in concert with, or for Defendants from using Bagdasarian's Alvin and the Chipmunks service mark and trademarks in any channel of commerce and in any geographical territory in the world.

## IX.   SIXTH CLAIM

Copyright Infringement

(by Plaintiff against all Defendants)

73.    Bagdasarian restates each and every allegation contained in paragraph 1 through 72 above, as though fully stated herein.

74.    The aforesaid acts of Defendants constitute infringement of Bagdasarian's registered copyrights in the composition "The Chipmunk Song" and in the Artwork, under the Copyright Act, 17 U.S.C. §101, *et seq*.  Defendants have violated Bagdasarian's exclusive rights in the composition and the Artwork by unlawfully using them in Defendants' album without authorization.

75.    By reason of Defendants' acts as alleged, Bagdasarian has suffered and will suffer damage to its business, reputation and good will, and the loss of sales and profits that Bagdasarian would have made, but for Defendants' unethical and illegal acts.

76.    Unless restrained and enjoined by this Court, Defendants threaten to and will continue to do the acts complained of, all to Bagdasarian's irreparable damage.  It would be difficult to ascertain the amount of compensation that would afford Bagdasarian adequate relief for such continuing acts, and a multiplicity of judicial proceedings would be required.  Thus, Bagdasarian's remedies at law are not adequate to compensate it for the threatened injuries.

77.    Bagdasarian is entitled to injunctive relief, both preliminary and permanent, restraining Defendants and their agents, servants, employees and all persons acting under, in concert with, or on behalf of Defendants from using Bagdasarian's copyrighted composition or Artwork in any channel of commerce and

17

LEOPOLD, PETRICH & SMITH
A Professional Corporation

23399.doc

1    in any geographical territory in the world.

2      78.    Bagdasarian is informed and believes and thereupon alleges that

3 Defendants infringed Bagdasarian's copyrights with knowledge that their acts were

4 unlawful.  Defendants' infringing acts were and continue to be committed willfully.

5      79.    As a direct and proximate result of Defendants' conduct and actions,

6 Bagdasarian has also suffered damages in an amount to be proven at trial, plus interest

7 at the legal rate thereon, and is entitled, at its election, to a) all damages suffered by

8 Bagdasarian, along with all gains, profits and advantages derived by Defendants from

9 the acts of infringement, or b) statutory damages as provided for in the Copyright Act.

10      80.    Bagdasarian is also entitled to attorney's fees as provided for in the

11 Copyright Act.

12

13                         PRAYER FOR RELIEF

14      WHEREFORE, plaintiff Bagdasarian, a California limited liability company,

15 respectfully demands judgment in its favor, and as and against all defendants, and

16 each of them, as follows:

17      1.    On counts 1 through 4, for general damages and compensation believed

18 to be in excess of $1 million in accordance with the proof at the time of trial;

19      2.    On counts 1 through 4, for special damages according to proof, but no

20 less than $1 million;

21      3.    On counts 1 through 4, for an order of equitable disgorgement of all

22 unjust enrichment received by defendants as a result of the wrongful acts and practices

23 described hereinabove in an amount in accordance with proof at the time of trial, but

24 believed to be in excess of $1 million;

25      4.    On counts 1-3, for treble damages in accordance with the Lanham Act

26 §1117(a);

27      5.    On count 4, for punitive and exemplary damages under California law in

28 an amount sufficient to deter and make an example of defendants in accordance with

1   the proof at the time of trial;

2        6.    On count 6, for a) all damages suffered by Bagdasarian, along with all

3   gains, profits and advantages derived by Defendants from the acts of infringement, or

4   b) statutory damages as provided for under 17 U.S.C. §504, at Plaintiff's election;

5        7.    On all counts, for prejudgment interest;

6        8.    On counts 1-6, for preliminary and permanent injunctive relief enjoining

7   and requiring Defendants, their officers, agents, servants, employees, attorneys,

8   parents, subsidiaries and related companies, and all persons acting for, with, by,

9   through or under them to:

10        (a)    cease and desist from all use of Plaintiff's copyrighted composition

11   "The Chipmunk Song" and Plaintiff's copyrighted Artwork, including all production,

12   distribution, marketing or sales of any unauthorized recordings of "The Chipmunk

13   Song" or any products exploiting the Artwork;

14        (b)    delete from their computer files, menus, hard drives, servers,

15   diskettes, backups and websites any and all copies of Plaintiff's copyrighted

16   composition "The Chipmunk Song" and Plaintiff's Artwork, and any and all copies of

17   unauthorized recordings of "The Chipmunk Song";

18        (c)    to be required to deliver up to Plaintiff to be held for destruction at

19   the conclusion of this action any and all computer software, compact discs, inventory,

20   packaging, labels, sales material, press releases, promotional material, advertising

21   material, stationery, plates, products, goods, and other materials containing or

22   exploiting Plaintiff's copyrighted composition "The Chipmunk Song" or Plaintiff's

23   copyrighted Artwork;

24        (d)    cease and desist from all use of Plaintiff's service mark and

25   trademarks;

26        (e)    delete from their computer files, menus, hard drives, servers,

27   diskettes, backups and websites any copies, simulations, variations or colorable

28   imitations thereof, and any use of the Alvin and the Chipmunks trademark;

23399.doc

(f)     to be required to deliver up to Plaintiff to be held for destruction at the conclusion of this action any and all computer software, compact discs, inventory, packaging, labels, sales material, press releases, promotional material, advertising material, stationery, plates, products, goods, and other materials bearing the Alvin and the Chipmunks trademark or artwork;

9.     On counts 1-4 and 6, for attorneys' fees and costs of suit incurred in this action as provided by 15 U.S.C. §1117(a), 17 U.S.C. §505, or as otherwise provided by law; and

10.     For such other and further relief as the Court deems proper.


DATED:  June 21, 2011                    LEOPOLD, PETRICH & SMITH
                                         A Professional Corporation


                                         By: _____
                                              VINCENT COX
                                              ELIZABETH L. SCHILKEN
                                              Attorneys for Plaintiff
                                              BAGDASARIAN PRODUCTIONS, LLC

**COMPLAINT**

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

1

DEMAND FOR JURY TRIAL

2          Plaintiff hereby requests trial by jury.

3

4    DATED:  June 21, 2011          LEOPOLD, PETRICH & SMITH
                                     A Professional Corporation
5

6                                  By: _Vincent Cox_____

7                                     VINCENT COX
                                      ELIZABETH L. SCHILKEN
8                                     Attorneys for Plaintiff
                                      BAGDASARIAN PRODUCTIONS, LLC
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

**EXHIBIT A**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 2 04:05:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
|---|---|---|---|---|---|---|---|---|---|
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ] OR  Jump  to record: [          ]  **Record 6 out of 11**

TARR Status   ASSIGN Status   TDR   TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## ALVIN AND THE CHIPMUNKS

| | |
|---|---|
| **Word Mark** | **ALVIN AND THE CHIPMUNKS** |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Motion Picture films featuring all of or a combination of the following, comedy, drama, action, adventure or animation; motion picture films for broadcast on television featuring all or a combination of the following, comedy, drama, action, adventure or animation; audio video discs, and digital versatile discs featuring all of or a combination of the following music, comedy, drama, action, adventure and animation; interactive video game programs and computer game programs; video game cartridges and cassettes, video and computer game software. FIRST USE: 19921201. FIRST USE IN COMMERCE: 19921201 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77213550 |
| **Filing Date** | June 22, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 4, 2008 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |

| | |
|---|---|
| **Registration Number** | 3429855 |
| **Registration Date** | May 20, 2008 |
| **Owner** | (REGISTRANT) Bagdasarian Productions, LLC LIMITED LIABILITY COMPANY CALIFORNIA 1192 E. Mountain Drive Montecito CALIFORNIA 93108 |
| **Attorney of Record** | I. Morley Drucker, Esq. |
| **Prior Registrations** | 2864434;2935726 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 2 04:05:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [     ] OR Jump | to record: [     ]   **Record 4 out of 11**

TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# ALVIN AND THE CHIPMUNKS

| | |
|---|---|
| **Word Mark** | **ALVIN** AND THE CHIPMUNKS |
| **Goods and Services** | IC 025. US 022 039. G & S: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, SHIRTS, T-SHIRTS, SWEATSHIRTS, [ JOGGING SUITS, TROUSERS, PANTS, SHORTS, TANK TOPS, RAINWEAR, CLOTH BABY BIBS, SKIRTS, BLOUSES, DRESSES, SUSPENDERS, SWEATERS, JACKETS, COATS, RAINCOATS, SNOW SUITS, TIES, ROBES, ] HATS, CAPS, [ SUNVISORS, BELTS, ] SCARVES [ , SLEEPWEAR, PAJAMAS, LINGERIE, UNDERWEAR, BOOTS, SHOES, SNEAKERS, SANDALS, BOOTIES, SLIPPER SOCKS, SWIMWEAR AND MASQUERADE AND HALLOWEEN COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH ]. FIRST USE: 19831231. FIRST USE IN COMMERCE: 19831231 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77213587 |
| **Filing Date** | June 22, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 19, 2008 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |

| | |
|---|---|
| **Registration Number** | 3421801 |
| **Registration Date** | May 6, 2008 |
| **Owner** | (REGISTRANT) Bagdasarian Productions, LLC LIMITED LIABILITY COMPANY CALIFORNIA 1192 E. Mountain Drive Montecito CALIFORNIA 93108 |
| **Attorney of Record** | I. Morley Drucker, Esq. |
| **Prior Registrations** | 2864434;2935726 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 2 04:05:46 EDT 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST

NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [        ]  OR  Jump  to record: [        ]  **Record 3 out of 11**

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## ALVIN AND THE CHIPMUNKS

| | |
|---|---|
| **Word Mark** | **ALVIN** AND **THE CHIPMUNKS** |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: [ Action figures and accessories therefor; ] plush toys; [ balloons; bathtub toys; ride-on toys; equipment sold as a unit for playing card games; toy vehicles; ] dolls; [ flying discs; hand-held unit for playing electronic games; game equipment sold as a unit for playing a board game, a card game, a manipulative game, a parlor game and an action type target game; stand alone video output game machines; jigsaw and manipulative puzzles; ] paper face masks [ ; skateboards; water squirting toys; balls, namely, playground balls, soccer balls, baseballs, basketballs; baseball gloves; swimming floats for recreational use; kickboard flotation devices for recreational use; surfboards; swim boards for recreational use; swim fins; toy bakeware and toy cookware; toy banks; toy snow globes; and Christmas tree ornaments ]. FIRST USE: 19631231. FIRST USE IN COMMERCE: 19631231 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77213609 |
| **Filing Date** | June 22, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 26, 2008 |

| | |
|---|---|
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 3425740 |
| **Registration Date** | May 13, 2008 |
| **Owner** | (REGISTRANT) Bagdasarian Productions, LLC LIMITED LIABILITY COMPANY CALIFORNIA 1192 E. Mountain Drive Montecito` CALIFORNIA 93108 |
| **Attorney of Record** | I. Morley Drucker, Esq. |
| **Prior Registrations** | 2864434;2935726 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 2 04:05:46 EDT 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:          OR  Jump  to record:      **Record 8 out of 11**

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | ALVIN AND THE CHIPMUNKS |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Entertainment services-- namely- a series of TV cartoons. FIRST USE: 19830917. FIRST USE IN COMMERCE: 19830917 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76505140 |
| **Filing Date** | April 9, 2003 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 4, 2005 |
| **Registration Number** | 2935726 |
| **Registration Date** | March 29, 2005 |
| **Owner** | (REGISTRANT) Bagdasarian Productions, LLC LIMITED LIABILITY COMPANY CALIFORNIA 1192 East Mountain Dr. Montecito CALIFORNIA 93108 |
| **Attorney of Record** | I. Morley Drucker, Esq. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Jun 2 04:05:46 EDT 2011*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At: [          ] OR  Jump  to record: [          ]   **Record 5 out of 11**

TARR Status | ASSIGN Status | TDR | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## ALVIN AND THE CHIPMUNKS

| | |
|---|---|
| **Word Mark** | **ALVIN** AND **THE CHIPMUNKS** |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed matter and paper goods, namely, a series of books featuring characters from animated, action adventure, comedy and/or drama features, [comic books,] children's books, [magazines featuring characters from animated, action adventure, comedy and drama features, coloring books, children's activity books; stationery, writing paper, envelopes, notebooks, diaries, note cards,] greeting cards, [trading cards;] lithographs; pens, [pencils, pen and pencil cases, erasers, crayons, markers, colored pencils, painting sets for children, chalk and chalkboards for school and home use; decals, heat transfer papers;] posters[; mounted and unmounted photographs; book covers, book marks, calendars, gift wrapping paper; paper party favors and paper party decorations, namely, paper napkins, paper place mats, crepe paper, printed invitations, invitation cards, paper table cloths, paper cake decorations; printed paper design patterns for embroidery or fabric appliqués; printed patterns for costumes, pajamas, sweatshirts and t-shirts]. FIRST USE: 19591231. FIRST USE IN COMMERCE: 19591231 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77213569 |
| **Filing Date** | June 22, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |

| | |
|---|---|
| **Published for Opposition** | October 14, 2008 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | 3552620 |
| **Registration Date** | December 30, 2008 |
| **Owner** | (REGISTRANT) Bagdasarian Productions, LLC LIMITED LIABILITY COMPANY CALIFORNIA 1192 E. Mountain Drive Montecito CALIFORNIA 93108 |
| **Attorney of Record** | I. Morley Drucker, |
| **Prior Registrations** | 2864434;2935726 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**EXHIBIT B**



ORIGINAL
MOTION PICTURE
SOUNDTRACK

1 BAD DAY
2 THE CHIPMUNK SONG (CHRISTMAS DON'T BE LATE) (DeeTown OG Mix)
3 FOLLOW ME NOW 4 HOW WE ROLL
5 WITCH DOCTOR 6 COME GET IT
7 THE CHIPMUNK SONG (CHRISTMAS DON'T BE LATE) (DeeTown Rock Mix)
8 FUNKYTOWN 9 GET YOU GOIN' 10 COAST 2 COAST
11 MESS AROUND 12 ONLY YOU (AND YOU ALONE)
13 AIN'T NO PARTY 14 GET MUNK'D
15 WITCH DOCTOR* 16 THE CHIPMUNK SONG (CHRISTMAS DON'T BE LATE)*
* Bonus Tracks • Classic Versions



FOX 2000 PICTURES and REGENCY ENTERPRISES PRESENT A BAGDASARIAN COMPANY PRODUCTION "ALVIN AND THE CHIPMUNKS"
JASON LEE DAVID CROSS CAMERON RICHARDSON AND JUSTIN LONG MATTHEW GRAY GUBLER JESSE McCARTNEY AND JULIANNE JORDAN
MUSIC CHRISTOPHER LENNERTZ MUSIC HALI DEE THEODORE MUSIC RHYTHM & HUES STUDIOS EDITOR DYLAN BERGER, A.B.C. PRODUCTION RICHARD HOLLAND
CO-PRODUCER PETER LYONS COLLISTER, A.S.C. EXECUTIVE KAREN ROSENFELT ARNON MILCHAN MICHEL IMPERATO STABLE STEVE WATERMAN
PRODUCED JANICE KARMAN ROSS BAGDASARIAN WRITTEN BY JON VITTI and WILL McROBB & CHRIS VISCARDO
BASED ON CHARACTERS BAGDASARIAN DIRECTED BY TIM HILL

alvinandthechipmunksmovie.com   razorandtie.com

Compilation ℗ 2007 Razor & Tie Direct, LLC, PO Box 543, Village Station, New York, NY 10014. "Razor & Tie" and the Razor & Tie logo are registered trademarks of Razor & Tie Direct, LLC. All rights reserved. © 2007 Razor & Tie Direct, LLC and Twentieth Century Fox Film Corporation. All rights reserved. Motion Picture Artwork, Photos and Fox Trademarks and Logos TM and © 2007 Twentieth Century Fox Film Corporation. New Regency Trademarks and Logos TM and © 2007 Monarchy Enterprises, S.a.r.l. and Regency Entertainment (USA), Inc. Alvin and the Chipmunks and Character TM & © 2007 Bagdasarian Productions, LLC. All Rights Reserved. Printed in USA.





EXHIBIT B

**EXHIBIT C**



**EXHIBIT D**



**EXHIBIT E**



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000315031
Search Results: Displaying 1 of 1 entries



**Labeled View**

*The Chipmunk song. w & m Ross Bagdasarian.*

**Type of Work:** Music
**Registration Number / Date:** RE0000315031 / 1986-12-22
Renewal registration for: EP0000124124 / 1958-10-31
**Title:** The Chipmunk song. w & m Ross Bagdasarian.
**Copyright Claimant:** Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian, Adam Bagdasarian (C)
**Variant title:** The Chipmunk song
**Other Title:** Christmas, don't be late.
**Names:** Bagdasarian, Ross
Bagdasarian, Armen
Bagdasarian, Ross
Bagdasarian, Carol
Bagdasarian, Adam





| Save, Print and Email (Help Page) | |
|---|---|
| Select Download Format | Full Record · Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000363178
Search Results: Displaying 1 of 1 entries



Labeled View

**_Chipmunk song. Added dialogue: Ross Bagdasarian._**

| | |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | RE0000363178 / 1987-12-23 |
| | Renewal registration for: EP0000126961 / 1959-01-28 |
| **Title:** | Chipmunk song. Added dialogue: Ross Bagdasarian. |
| **Copyright Claimant:** | Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian & Adam Bagdasarian (C) |
| **Basis of Claim:** | New Matter: added dialogue. |
| **Variant title:** | Chipmunk song. |
| **Names:** | Bagdasarian, Ross |
| | Bagdasarian, Armen |
| | Bagdasarian, Ross |
| | Bagdasarian, Carol |
| | Bagdasarian, Adam |





| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record | Format for Print/Save |
| Enter your email address: | Email |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = RE0000509368
Search Results: Displaying 1 of 1 entries



Labeled View

*The Chipmunk songbook. By Ross Bagdasarian.*

**Type of Work:** Visual Material
**Registration Number / Date:** RE0000509368 / 1990-12-26
Renewal registration for: KK0000166140 / 1962-05-14
**Title:** The Chipmunk songbook. By Ross Bagdasarian.
**Copyright Claimant:** Armen Bagdasarian (W), Ross Bagdasarian, Carol Bagdasarian McCrea & Adam Bagdasarian (C)
**Basis of Claim:** New Matter: print or label for phonograph recordings.
**Variant title:** The Chipmunk songbook
**Names:** Bagdasarian, Ross
Bagdasarian, Armen
McCrea, Carol Bagdasarian
Bagdasarian, Adam



| Save, Print and Email (**Help Page**) |
| Select Download Format | Full Record | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

## Check Case Status

Open Cases
Working Cases
All Cases
My Company's Cases
Status Definitions
Search My Cases
My Applications
My Company's Applications

## Copyright Services

Register a New Claim
Preregister a Claim
Use a Template
Organization / DA

## Additional Copyright Services

Access Copyright Office Information
- Ask a Question?
- Read Circulars
- Search Online Records

## My Applications

To search your applications, click the "Query" button.

Click the "Application Name" link in the table below to view a printable copy of the application for the corresponding case.

### My Applications

| Application Name | Case # | Title | Receipt Date | Status |
|---|---|---|---|---|
| [Query] | | | | |
| 1-815044811_Application_20110802_194515 | 1-815044811 | Alvin and The Chipmunks color image | 6/2/2011 | Open |

1 - 1 of 1

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

[+]
FEEDBACK

# EXHIBIT F

Hello, Elizabeth S. Lee. We have recommendations for you. (Not Elizabeth?)

FREE 2-Day Shipping: See details

Elizabeth's Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Digital Items | Your Account | Help

Shop All Departments          Search  [MP3 Downloads]                          Cart      Wish List

Amazon MP3 Store          | Music CDs   New Releases   Recommendations   Advanced Search   Browse Genres   Bestsellers   Amazon Cloud Player   Getting Started   Get Help

**Instant Order Update for Elizabeth S. Lee.** You purchased this item on May 16, 2011. View this order.



See larger image

Share your own customer images

🔊 **Listen to Samples and Buy MP3s**

## A Tribute To Alvin & The Chipmonks

Alvin & The Chipmonks | Format: MP3 Download

Be the first to review this item |           (0)

**Original Release Date:** December 1, 2008

**Format** - Music: MP3

**Compatible with** MP3 Players (including with iPod®), iTunes, Windows Media Player

 **Amazon Cloud Player for Web and Android**
Amazon Cloud Drive and Amazon Cloud Player give you unlimited access to your music on the Web or from your Android device. Start with 5GB of free storage or get a free upgrade to the 20 GB tier with an MP3 album purchase. All Amazon MP3 purchases saved directly to Cloud Drive are stored for free. Learn more.

› See more product promotions

amazon cloud player

▶ Launch Player

Share

### MP3 Songs

| | Song Title | Time | Price |
|---|---|---|---|
| 1. | Ain't No Party | 2:46 | Not Available |
| 2. | Bad Day | 3:36 | Not Available |
| 3. | Bad Day (Melody Remix) | 3:36 | Not Available |
| 4. | Coast 2 Coast | 2:46 | Not Available |
| 5. | Follow Me Now | 3:12 | Not Available |
| 6. | Follow Me Now (Melody Remix) | 3:10 | Not Available |
| 7. | Funky Town | 3:39 | Not Available |
| 8. | Get You Goin' | 3:20 | Not Available |
| 9. | How We Roll | 3:56 | Not Available |
| 10. | Mess Around | 3:22 | Not Available |
| 11. | The Chipmunk Song (Christmas Don't Be Late) | 2:16 | Not Available |
| 12. | Witch Doctor | 3:02 | Not Available |

Sold by Amazon Digital Services, Inc . Additional taxes may apply . By placing your order, you agree to our Terms of Use.

## Special Offers and Product Promotions

- Subscribe to our weekly newsletter to learn about free downloads, special deals, and new releases.

## Product Details

**Original Release Date:** December 1, 2008

**Label:** Mbop Direct - Nayco Entertainment

**Copyright:** 2008 Nayco Entertainment

**Genres:** Children's Music/General

**ASIN:** B001PM84SM

**Average Customer Review:** Be the first to review this item

**Amazon Bestsellers Rank:** #15,668 Paid in MP3 Albums (See Top 100 Paid in MP3 Albums)

## Customer Reviews

There are no customer reviews yet.

A D V E R T I S E M E N T

**Video reviews**

 Amazon now allows customers to upload product video reviews. Use a webcam or video camera to record and upload reviews to Amazon.

Ad feedback

## Customer Discussions

**This product's forum**

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet | | |

Ask questions, Share opinions, Gain insight

**Start a new discussion**

Topic: [                    ]

**Search Customer Discussions**

[                    ]

Only search this product's forum

**Related forums**

Childrens Music forum  (155 discussions)

## SoundUnwound - the personal music encyclopedia

Passionate about music?
Learn more at SoundUnwound , the personal music encyclopedia, or challenge your friends with our music quizzes .

SOUNDUNWOUND
THE PERSONAL MUSIC ENCYCLOPEDIA

## Look for Similar Items by Category

Children's Music > General

A D V E R T I S E M E N T

Ad feedback

**Feedback**
▸ If you need help or have a question for Customer Service, contact us.
▸ Would you like to give feedback on images or tell us about a lower price?
▸ Is there any other feedback you would like to provide? Click here

**Your Recent History** (What's this?)

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

**Make Money with Us**

Sell on Amazon

Join Associates

Advertise Your Products

Self-publish with Us

› See all

**Let Us Help You**

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

**amazon**.com

Canada   China   France   Germany   Italy   Japan   United Kingdom

| AmazonWireless Cellphones & Wireless Plans | Askville Community Answers | Audible Download Audio Books | DPReview Digital Photography | Endless Shoes & More | Fabric Sewing, Quilting & Knitting | IMDb Movies, TV & Celebrities | Shopbop Designer Fashion Brands | Small Parts Industrial Supplies | Warehouse Deals Open-Box Discounts | Woot Never Gonna Give You Up | Zappos Shoes & Clothing |

Conditions of Use    Privacy Notice    © 1996-2011, Amazon.com, Inc. or its affiliates

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Christina A. Snyder and the assigned discovery Magistrate Judge is Michael Wilner.

The case number on all documents filed with the Court should read as follows:

## CV11- 5270 CAS (MRWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

VINCENT COX (State Bar No. 070511)
ELIZABETH L. SCHILKEN (State Bar No. 241231)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BAGDASARIAN PRODUCTIONS, LLC, a
California limited liability company

PLAINTIFF(S)

v.

THE JERRY NAYLOR COMPANY, LLC,

*SEE Attachment*   DEFENDANT(S).

CASE NUMBER

**LACV11-5270 (CAS/MRW)**

**SUMMONS**

TO:   DEFENDANT(S): The Jerry Naylor Company, LLC, dba Nayco Entertainment Group; Jerry Naylor; San Juan Music Group Ltd.; Michael Chernow; and Megabop Records Ltd., trading as MBOP Digital

   A lawsuit has been filed against you.

   Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney,   Vincent Cox   , whose address is Leopold, Petrich & Smith, 2049 Century Park East, Suite 3110, Los Angeles, CA 90067   . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   JUN 2 3 2011

By: _____
   Deputy Clerk

   *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                SUMMONS

CONFORMED COPY

1

2

3

4

5

6

7

8

9

10

11  BAGDASARIAN PRODUCTIONS,
    LLC, a California limited liability
12  company,

13

14          Plaintiff,

15  v.

16

17  THE JERRY NAYLOR COMPANY,
    LLC, an Oregon limited liability
18  company, dba NAYCO
    ENTERTAINMENT GROUP, JERRY
19  NAYLOR, an individual, SAN JUAN
    MUSIC GROUP LTD., a New Jersey
20  corporation, MICHAEL CHERNOW, an
    individual, MEGABOP RECORDS LTD.,
21  trading as MBOP DIGITAL, and DOES
    1-10, inclusive,

22

23          Defendants.

24

25

26

27

28

LEOPOLD, PETRICH
& SMITH
A Professional Corporation

23399.doc

1
**COMPLAINT**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br><br> BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company | **DEFENDANTS** <br> THE JERRY NAYLOR COMPANY, LLC, dba NAYCO ENTERTAINMENT GROUP; JERRY NAYLOR; SAN JUAN MUSIC GROUP LTD.; MEGABOP RECORDS, LTD., trading as MBOP DIGITAL; and DOES 1-10, inclusive |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> VINCENT COX; ELIZABETH SCHILKEN; Leopold, Petrich & Smith, P.C., 2049 Century Park East, Suite 3110, Los Angeles, CA 90067, Tel: 310-277-3333 <br> Fax: 310-277-7444 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No      ☑ **MONEY DEMANDED IN COMPLAINT: $** 1,000,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §1051 (Trademark Infringement); 17 U.S.C. §101 (Copyright Infringement)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

LACV11-5270

FOR OFFICE USE ONLY:     Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC<br>Santa Barbara County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | THE JERRY NAYLOR CO., LLC - Oregon<br>SAN JUAN MUSIC GROUP LTD. - New Jersey<br>MEGABOP RECORDS LTD. - Great Britain |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Santa Barbara County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Vincent Cox_   Date June 22, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |