VINCENT COX (State Bar No. 070511)
ELIZABETH L. SCHILKEN (State Bar No. 241231)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Telephone: (310) 277-3333
Facsimile: (310) 277-7444
Email: vcox@lpsla.com

Attorneys for
Plaintiff Bagdasarian Productions, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE JERRY NAYLOR COMPANY, LLC, an Oregon limited liability company, dba NAYCO ENTERTAINMENT GROUP, JERRY NAYLOR, an individual, SAN JUAN MUSIC GROUP LTD., a New Jersey corporation, MICHAEL CHERNOW, an individual, MEGABOP RECORDS LTD., trading as MBOP DIGITAL, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:11-CV-5270 CAS (MRWx)<br><br>[U.S. Dist. Judge Christina A. Snyder]<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO MEGABOP RECORDS LTD., TRADING AS MBOP DIGITAL, AND DOES 1-10.**<br><br>[F.R.Civ.P. 41(1)(A)(i)] |

1     Plaintiff Bagdasarian Productions, LLC, through its counsel, dismisses MBOP
2 Digital and DOES 1-10, inclusive, without prejudice.

4 DATED: September 30, 2011      Respectfully submitted,

LEOPOLD, PETRICH & SMITH, P.C.

By: /s/ Vincent Cox
VINCENT COX
ELIZABETH L. SCHILKEN
Attorneys for
Plaintiff Bagdasarian Productions. LLC

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274**.

On September 30, 2011, I served the foregoing document described as **NOTICE OF DISMISSAL** on the interested parties in this action.

☑ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

S. Martin Keleti
Cohen & Cohen
8340 Melrose Ave
Los Angeles, CA 90069
Fax: 323-655-3333
*Attorney for Defendants for Michael Chernow and San Juan Music Group*

Randal Ivor-Smith
Raines Feldman LLP
9720 Wilshire Boulevard 5th Floor
Beverly Hills, CA 90212
Fax: 310-765-7730
*Attorney for Jerry Naylor and the Jerry Naylor Company*

☑ **BY REGULAR MAIL:** I deposited such envelope in the mail at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY ELECTRONIC MAIL:** I transmitted a true copy of said document(s) by electronic mail, and no error was reported. Said electronic mail transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Federal Express Drop Box located at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 30, 2011, at Los Angeles, California.

*/s/ Robin Black*
Robin Black

LEOPOLD, PETRICH & SMITH
A Professional Corporation

24876