1  VINCENT COX (State Bar No. 070511)
   ELIZABETH L. SCHILKEN (State Bar No. 241231)
2  LEOPOLD, PETRICH & SMITH, P.C.
   2049 Century Park East, Suite 3110
3  Los Angeles, California 90067-3274
   Telephone:  (310) 277-3333
4  Facsimile:   (310) 277-7444
   Email:  vcox@lpsla.com
5
   Attorneys for
6  Plaintiff Bagdasarian Productions, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE JERRY NAYLOR COMPANY, LLC, an Oregon limited liability company, dba NAYCO ENTERTAINMENT GROUP, JERRY NAYLOR, an individual, SAN JUAN MUSIC GROUP LTD., a New Jersey corporation, MICHAEL CHERNOW, an individual, MEGABOP RECORDS LTD., trading as MBOP DIGITAL, and DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO. 2:11-CV-5270 CAS (MRWx)**<br><br>**STIPULATION FOR DISMISSAL BETWEEN PLAINTIFF BAGDASARIAN PRODUCTIONS, LLC, THE JERRY NAYLOR COMPANY, LLC dba NAYCO ENTERTAINMENT GROUP, AND JERRY NAYLOR**<br><br>[U.S. Dist. Judge Christina A. Snyder] |

## STIPULATION

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and subject to court approval, plaintiff Bagdasarian Productions, LLC, a California limited liability company, and defendants The Jerry Naylor Company, LLC, an Oregon limited liability company dba Nayco Entertainment Group ("Nayco"), and Jerry Naylor, an individual ("Naylor") hereby stipulate that defendants Nayco and Naylor be and hereby are dismissed, with prejudice, and each party to bear his or its own costs and attorney fees, and that the court shall retain jurisdiction for the enforcement of the agreement among them.

DATED: November 2, 2011

Respectfully submitted,

LEOPOLD, PETRICH & SMITH, P.C.

By: ___/S/_____
VINCENT COX
ELIZABETH L. SCHILKEN
Attorneys for
Plaintiff Bagdasarian Productions. LLC

DATED: November 2, 2011

Respectfully submitted,

RAINES FELDMAN LLP

By: ___/S/_____
RANDAL IVOR-SMITH
Attorneys for
Defendants The Jerry Naylor Company, LLC and Jerry Naylor, an individual