1  EVAN S. COHEN (State Bar # 119601)
   e-mail: ecohen@manifesto.com
2  S. MARTIN KELETI (State Bar # 144208)
   e-mail: keleti@manifesto.com
3  COHEN AND COHEN
   8340 Melrose Avenue
4  Los Angeles, California 90069-5420
   (323) 655-4444 Telephone
5  (323) 655-3333 Facsimile
   Attorneys for defendant and cross-claimant
6  SAN JUAN MUSIC GROUP, LTD. and
   defendant MICHAEL CHERNOW

7                                                          **JS-6**

## United States District Court
## Central District of California

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>THE JERRY NAYLOR COMPANY, an Oregon limited liability company dba NAYCO ENTERTAINMENT GROUP; JERRY NAYLOR, an individual; SAN JUAN MUSIC GROUP, LTD., a New Jersey corporation; MICHAEL CHERNOW, an individual; MEGABOB RECORDS, LTD. trading as MBOP DIGITAL; and DOEs 1-10, inclusive,<br><br>    Defendants. | Case No.<br>LACV 11-5270 CAS (MRWx)<br><br>ORDER STIPULATION OF DISMISSAL BETWEEN PLAINTIFF BAGDASARIAN PRODUCTIONS, LLC AND SAN JUAN MUSIC GROUP, LTD. AND MICHAEL CHERNOW |

# ORDER

Based upon the stipulation of the parties, and for good cause appearing, defendants San Juan Music Group, Ltd., a New Jersey corporation and Michael Chernow, an individual are dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with prejudice and each party to bear his or its own costs and attorney fees, and the court shall retain jurisdiction for the enforcement of the agreement among them.

IT IS SO ORDERED.

Dated: November 18, 2011

_____
CHRISTINA A. SNYDER
United States District Court Judge

Submitted by:

COHEN AND COHEN

_____
By: S. MARTIN KELETI