UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE JERRY NAYLOR COMPANY, LLC, an Oregon limited liability company, dba NAYCO ENTERTAINMENT GROUP, JERRY NAYLOR, an individual, SAN JUAN MUSIC GROUP LTD., a New Jersey corporation, MICHAEL CHERNOW, an individual, MEGABOP RECORDS LTD., trading as MBOP DIGITAL, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 2:11-CV-5270 CAS (MRWx)**<br><br>**ORDER RE STIPULATION FOR DISMISSAL BETWEEN PLAINTIFF BAGDASARIAN PRODUCTIONS, LLC, THE JERRY NAYLOR COMPANY, LLC dba NAYCO ENTERTAINMENT GROUP, AND JERRY NAYLOR**<br><br>[U.S. Dist. Judge Christina A. Snyder] |

**ORDER**

Based upon the stipulation of the parties, and for good cause appearing, defendants The Jerry Naylor Company, LLC, an Oregon limited liability company dba Nayco Entertainment Group, and Jerry Naylor, an individual, are dismissed pursuant to Rule 41(a)(1(ii) of the Federal Rules of Civil Procedure, with prejudice, and each party to bear his or its own costs and attorney fees, and the court shall retain jurisdiction for the enforcement of the agreement among them.

**IT IS SO ORDERED.**

Dated: December 1, 2011

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge